Elliott J. Finkelstein, Respondent, v. Kesalp Realty Corp. et al., Defendants, and William I. Alpert et al., Appellants.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. Motion for reargument or for resettlement denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 939.]

---

Harold Healy, Respondent, v. Nathan S. Moss et al., Appellants.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See *ante,* p. 926.]